UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-20836-ALTMAN

**JESUS GONZALEZ**,

   *Plaintiff,*

v.

**ENADI CORPORATION**,

   *Defendant.*
_____/

### ORDER

The Plaintiff filed a Notice of Voluntary Dismissal [ECF No. 7] pursuant to FED. R. CIV. P 41(a)(1)(A)(i). Being fully advised, the Court hereby **ORDERS** that this action is **DISMISSED** *with prejudice*. Each party shall bear its own attorneys' fees and costs. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot. The Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in the Southern District of Florida on March 26, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record